# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| TERRY FREEMAN and ANDREW TROUT, on behalf of themselves and all others similarly situation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TOYOTA MOTOR SALES, USA, INC., et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 4:19-CV-02550 SEP<br>)<br>)<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Memorandum and Order entered this date and incorporated herein,

**IT IS HEREBY ORDERED** that Counts I, II, III, and V of Plaintiffs' Amended Complaint are **DISMISSED**.

Dated this 30th day of November, 2020.

_Sarah E. Pitlyk_
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE